District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHADRA XIRSI, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

    Defendants.

No. 2:23-cv-699-KKE

STIPULATED MOTION FOR ENTRY OF ORDER ESTABLISHING BRIEFING SCHEDULE AND ORDER

**STIPULATION**

The parties hereby stipulate to, and move for entry of, an order establishing a briefing schedule for cross-motions for summary judgment. Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. State Department to adjudicate Plaintiff Siyad's request for an immigrant visa. This Court previously ordered this case to be held in abeyance based on the parties' representation that the case may resolve without further litigation. Dkt. No. 10.

However, Plaintiff's visa application remains refused under 8 U.S.C. 1201(g), for required security screening. Processing remains active and ongoing, and agency counsel is involved and monitoring the case. The consular officer determined that additional information from sources other than the applicant may help establish the applicant's eligibility for the visa. When processing is complete, the consular officer at the U.S. Embassy in Nairobi will determine the next steps

STIPULATED MOTION AND ORDER - 1
23-cv-699-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

required, which may include reaching out to the applicant to request additional information, or possibly re-adjudicating the visa application. As there is no definitive date as to when this processing will end, the parties request that the Court enter the following summary judgment briefing schedule:

| Action | Deadline |
|---|---|
| Answer to Complaint | February 6, 2024 |
| Defendants Motion for Summary Judgment | February 29, 2024 |
| Plaintiff's Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | March 29, 2024 |
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | April 12, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | April 26, 2024 |

The parties will notify the Court if the processing of Plaintiff's visa finishes and readjudication occurs.

Dated: January 29, 2024                                        Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402

STIPULATED MOTION AND ORDER - 2
 23-cv-699-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 260 words, in compliance with the Local Civil Rules.***

s/Bart A. Chavez
BART A. CHAVEZ*
23771 Mariner Drive, Apt. 128
Dana Point, California 92629
Phone: 602-578-2045
Email: bachavez2@hotmail.com
(*admitted PHV)

 s/Edward A. Nelson
EDWARD A. NELSON, WSBA#30252
Edward Nelson Law Offices PLLC
31620 23rd Avenue S, Ste. 315
Federal Way, Washington 98003
Phone: 253-941-6340
Email: edwardnelson@eanlaw.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER - 3
 23-cv-699-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties' stipulated motion for entry of a briefing schedule (Dkt. No. 12) is GRANTED. This case is no longer held in abeyance, and the parties shall file their cross-motions for summary judgment according to the following schedule:

| **Action** | **Deadline** |
|---|---|
| Answer to Complaint | February 6, 2024 |
| Defendants' Motion for Summary Judgment | February 29, 2024 |
| Plaintiffs' Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | March 29, 2024 |
| Defendants' Opposition to Plaintiffs' Cross-Motion and Reply in support of Defendants' Motion | April 12, 2024 |
| Plaintiffs' Reply in support of Cross-Motion for Summary Judgment | April 26, 2024 |

It is so **ORDERED**.

DATED this 29th day of January, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER - 4
23-cv-699-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

STIPULATED MOTION AND ORDER - 5
23-cv-699-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970