District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHADRA XIRSI, *et al.*, | Case No. 2:23-cv-00699-KKE |
| Plaintiffs, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties request that the case be dismissed without prejudice with each party to bear their own costs and attorneys' fees. The claims raised in the Complaint have been resolved.

//
//
//
//
//
//
//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00699-KKE]- 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 20th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | BART A CHAVEZ ATTORNEY AT LAW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/ Bart A. Chavez*<br>BART A. CHAVEZ, NE No. 19920<br>23771 Mariner Drive, Apt. 128<br>Dana Point, California 92629<br>Phone: (602) 578-2045<br>Email: bachavez2@hotmail.com<br><br>(*admitted PHV) |
| *Attorneys for Defendants* | EDWARD NELSON LAW OFFICES PLLC |
| **I certify that this memorandum contains 38 words, in compliance with the Local Civil Rules.** | *s/ Edward A. Nelson*<br>EDWARD A. NELSON, WSBA#30252<br>31620 23rd Avenue S, Ste. 315<br>Federal Way, Washington 98003<br>Phone: (253) 941-6340<br>Email: edwardnelson@eanlaw.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION TO DISMISS<br>
[Case No. 2:23-cv-00699-KKE]- 2

UNITED STATES ATTORNEY<br>
1201 Pacific Ave., Ste. 700<br>
Tacoma, WA 98402<br>
(253) 428-3800

**ORDER**

The Court GRANTS the parties' stipulated motion to dismiss. Dkt. No. 18. The Complaint is dismissed without prejudice, with each party to bear their own fees and costs. The clerk is directed to terminate this case.

DATED this 21st day of March, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00699-KKE]- 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800